PD-0659-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 12/9/2015 2:53:38 PM
Accepted 12/9/2015 3:48:02 PM
ABEL ACOSTA
CLERK

**NO. PD-0659-15**

## IN THE
## COURT OF CRIMINAL APPEALS
## OF TEXAS

| | | |
|---|---|---|
| **PAUL HENRI WAGNER** | ) | **APPELLANT** |
| **v.** | ) | |
| **THE STATE OF TEXAS** | ) | **APPELLEE** |

### MOTION TO EXTEND TIME TO
### FILE APPELLANT'S BRIEF ON THE MERITS

**TO THE HONORABLE JUDGES OF SAID COURT:**

Now comes, Paul Henri Wagner, Appellant in the above styled and numbered cause, by and through his attorneys of record, Vincent W. Perini and Dan Wood, Jr., and pursuant to Texas Rules of Appellate Procedure 68.2(c), moves for an extension of time of 30 days to file Appellant's Brief on the Merits, and for good cause, shows:

1.	Appellant's Petition for Discretionary Review was granted by this Court on November 11, 2015; Appellant's Brief on the Merits is currently due on December 11, 2015.

2.	Appellant is not incarcerated.

3.	The Fifth Court of Appeals of Texas affirmed appellant's conviction in its opinion and judgment in *Paul Henri Wagner v. The State of Texas*, Case No. 05-13-01329-CR, (Tex.App. – Dallas, decided May 5, 2015).

4.	Appellant requests an additional thirty-one (31) days from the deadline stated above and Appellant asks this Court to order the petition to be due on or before Monday, January 11, 2016.

5.	No previous extensions to file the brief have been requested.

**MOTION TO EXTEND TIME TO FILE APPELLANT'S BRIEF ON THE MERITS, Page 1**

4.      The facts relied upon to reasonably explain the need for an extension of time are as follows: Counsel is currently researching and briefing the issues raised in Appellant's petition for discretionary review; however, Counsel needs additional time to research the law and brief the issues raised. Counsel, Dan Wood, Jr., is a solo practitioner currently in the process of moving offices as well as preparing for and appearing in trial courts for client matters. Counsel most recently was required to prepare and appear regarding status hearing in *State v. Marical*, No. 15-50240-CC2-M, County Court at Law No. 2, Kaufman County, Texas; a motion to revoke in *State v. Hollister*, No. 14-00015, 294th District Court, Van Zandt County, on December 8, 2015; and a motion to suppress hearing in *State v. Gonzalez*, No. 13-36475, County Criminal Court No. 2, Dallas County, on December 9, 2015. Due to Counsel's schedule, Counsel requests the additional time to adequately prepare the brief. Appellant does wish to pursue his appeal in this Court and requests additional time for counsel to adequately prepare.

**WHEREFORE, PREMISES CONSIDERED**, Appellant respectfully requests an extension of 31 days, i.e. until January 11, 2016, to file his Brief on the Merits.

Respectfully submitted,

DAN WOOD, JR
ATTORNEY AT LAW
4303 N. Central Expressway
Dallas, TX  75205
(214) 559-8815 Office tel.
(214) 696-0867 Fax

By: */Dan Wood, Jr./*
     Dan Wood, Jr.
     State Bar No. 21887050
     Email: danwoodjr@sbcglobal.net

ATTORNEY FOR APPELLANT

---

**MOTION TO EXTEND TIME TO FILE APPELLANT'S BRIEF ON THE MERITS, Page 2**

## CERTIFICATE OF SERVICE

This is to certify that on December 9, 2015, a true and correct copy of the above and foregoing document was served upon the State of Texas by email to the Dallas County Criminal Attorney to: Ms. Lori Ordiway, Asst. Criminal District Attorney, Appellate Division Chief, the email address of lori.ordiway@dallascounty.org, and by the Texas Efile system to Hon. Susan Hawk, Criminal District Attorney, ATTN: Appellate Division, 133 N. Riverfront Blvd., LB 19, Dallas, TX 75207.

/*Dan Wood, Jr.*/

Dan Wood, Jr.